MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>RON HAUS; EVA BEROU; and FOREST HILLS HOMEOWNER'S ASSOCIATION, INC.,<br><br>Defendants. | Case No.: 2:17-cv-01762-JCM-CWH<br><br>**SUBSTITUTION OF COUNSEL** |

Plaintiff Nationstar Mortgage LLC, hereby consents to the substitution of Melanie D. Morgan, Esq. and Donna M. Wittig, Esq., of AKERMAN LLP as its counsel in the place and stead of WRIGHT, FINLAY & ZAK, LLP in the above-entitled matter.

DATED this ___ day of April, 2018.

NATIONSTAR MORTGAGE LLC

By: _____

Its: A. J. Loll, Vice President
Nationstar Mortgage LLC

44514417;1
44791455;1

Dana J. Nitz, Esq. and Regina A. Habermas, Esq. of the law firm of WRIGHT, FINLAY & ZAK, LLP consents to the substitution of Melanie D. Morgan, Esq. and Donna M. Wittig, Esq., of AKERMAN LLP as counsel of record in its place and stead on behalf of Plaintiff Nationstar Mortgage LLC.

DATED this 4 day of April, 2018.

WRIGHT, FINLAY & ZAK, LLP

DANA J. NITZ, ESQ.
Nevada Bar No. 0050
REGINA A. HABERMAS, ESQ.
Nevada Bar No. 8481
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117

Melanie D. Morgan, Esq. and Donna M. Wittig, Esq., of the law firm AKERMAN LLP, consent to substitution as counsel of record for Plaintiff Nationstar Mortgage LLC, in the place and stead of WRIGHT, FINLAY & ZAK, LLP.

DATED this 4th day of April, 2018.

AKERMAN LLP

MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE
April 13, 2018
**DATED**

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of April, 2018 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL**, addressed to:

Dana Jonathon Nitz, Esq.
Regina A. Habermas, Esq.
**Wright, Finlay & Zak, LLP**
7785 W. Sahara Ave. Ste. 200
Las Vegas, NV 89117

*/s/ Doug J. Layne*

An employee of AKERMAN LLP