Luis A. Ayon, Esq.
Nevada Bar No. 9752
**Ayon Law, PLLC**
8716 Spanish Ridge Avenue, Suite 200
Las Vegas, Nevada 89148
Telephone: (702) 600-3200
Facsimile: (702) 447-7936
E-Mail: laa@ayonlaw.com
*Attorneys for Defendants,*
*Ron Haus and Eva Berou*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>RON HAUS; EVA BEROU; and FOREST HILLS HOMEONER'S ASSOCIATION, INC.<br><br>    Defendants. | Case No.: 2:17 cv-01762JCM<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT AND SET ASIDE DEFAULT** |

COME NOW Defendants Ron Haus and Eva Berou, (collectively, "Defendants"), and Nationstar Mortgage, LLC, hereby stipulate to set aside the default entered on May 15, 2018 and allow Defendants to answer the complaint [ECF No. 1] by Monday, June 11, 2018.

///

///

///

///

///

///

| | |
|---|---|
| Dated this 5th day of June, 2018. | Dated this 5th day of June, 2018 |
| **AYON LAW, PLLC** | **AKERMAN LLP** |
| /s/*Luis A. Ayon* | /s/*Donna M. Wittig* |
| LUIS AYON, ESQ.<br>Nevada Bar No. 9752<br>REGINALD S. THOMAS, Esq.<br>Nevada Bar No. 14424<br>8716 Spanish Ridge Ave., Suite 115<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendants,*<br>*Fort Ron Haus and Eva Berou* | MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Cir. Suite 200<br>Las Vegas, NV 89134<br>*Attorneys for Plaintiffs*<br>*Nationstar Mortgage LLC* |

## ORDER

**IT IS SO ORDERED** that the Default entered on May 15, 2018 be set aside and Defendants have until Monday, June 11, 2018 time to answer the complaint.

DATED this __8__ day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted by:

**AYON LAW, PLLC**

/s/*Luis A. Ayon*
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
REGINALD S. THOMAS, ESQ.
Nevada Bar No. 14424
8716 Spanish Ridge Ave., Suite 115
Las Vegas, Nevada 89148
*Attorneys for Defendants*
*Ron Haus and Eva Berou*