LUIS A. AYON, ESQ.
Nevada Bar No. 9752
REGINALD S. THOMAS, ESQ.
Nevada Bar No. 14424
**AYON LAW, PLLC**
8716 Spanish Ridge Avenue Suite 115
Las Vegas, Nevada 89148
Telephone:	(702) 600-3200
Facsimile:	(702) 447-7936
E-Mail*:*	laa@ayonlaw.com
*E-Mail:*	rst@ayonlaw.com

*Attorneys for Defendants
Ron Haus, and Eva Berou*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br>vs.<br><br>RON HAUS; EVA BEROU; and FORREST HILLS HOMEOWNER'S ASSOCIATION, INC.,<br><br>Defendants, | Case No.: 2:17-cv-01762-JCM-CWH<br><br>**STIPULATION AND ORDER TO ENLARGE TIME TO RESPOND TO MOTION TO STAY DISCOVERY [ECF 37] AND CORRESPONDING REPLY IN SUPPORT** |

Ron Haus and Eva Berou ("Defendants") and Plaintiff Nationstar Mortgage, LLC, ("Nationstar") through their respective counsel, hereby state the following:

1. On July 19, 2018, Nationstar filed its Motion to Stay Discovery (ECF No. 37), ("the Motion").

2. Defendants' response to Nationstar's Motion is currently due August 2, 2018.

3. Parties stipulate to enlarge the time for Defendants to file a response by (14) days to allow Defendants counsel to completely brief the issue.

4. Defendants shall have up to and including August 16, 2018 to file a response to Nationstar's Motion.

///

5. Parties further stipulate to enlarge the time for Nationstar to reply to Defendants' Response to Nationstar's Motion by (7) days to allow Nationstar Counsel to completely reply to the Defendant's Response.

6. Nationstar shall have up to and including August 30, 2018 to file a Reply in support of its Motion.

**IT IS SO AGREED AND STIPULATED.**

Dated this 31st day of July, 2018.                Dated this 31st day of July, 2018.

AYON LAW, PLLC                                    AKERMAN, LLP

By: /s/ *Luis A. Ayon*                            By: /s/ *Donna M. Whittig*
Luis A. Ayon
Reginald S. Thomas                                Donna M Whittig
8716 Spanish Ridge Ave., Suite 115                1635 Village Center Circle, Ste. 200
Las Vegas, NV 89148                               Las Vegas, Nevada 89134
Tel: 702.600.3200                                 (702) 634-5000
E-mail: laa@ayonlaw.com                           E-mail: donna.wittig@akerman.com
*Attorney for Defendants*                         *Attorneys for Plaintiff Nationstar Mortgage*
*Ron Haus, and Eva Berou*                         *LLC,*

## ORDER

Pursuant to the above Stipulation of the Parties, it is Ordered that:

1. That Defendants Ron Haus and Eva Berou will file a Response on or before August 16, 2018.

///
///
///
///
///
///
///
///

AYON LAW, PLLC
8716 Spanish Ridge Avenue
SUITE #115
LAS VEGAS, NEVADA 89148
PHONE: (702) 600-3200

2. Plaintiff Nationstar Mortgage, LLC will file a Reply in Support on or before August 30, 2018.

DATED this 1st day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted by:
**AYON LAW, PLLC**

*/s/Luis A. Ayon*
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
8716 Spanish Ridge Ave., Suite 115
Las Vegas, Nevada 89148
***Attorneys for Defendants Ron Haus and Eva Berou***